


GERRY WILLIAMS/D-77087/C2-229
Name and Prisoner Booking Number
KERN VALLEY STATE PRISON
Place of Confinement
P.O. BOX 5103,
Mailing Address
DELANO, CA 93216
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS
(Full Name of Plaintiff)
Plaintiff.

v.

(1) CLEMENT OGBUEHI, (PHYSICIAN ASSISTANCE)
(Full Name of Defendant)
(2) WAYNE ULIT, (MEDICAL DOCTOR)
(3)
(4)
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them

CASE NO. 1:19-cv-00855-EPG (PC)
(To be supplied by the Clerk)

FIRST AMENDED COMPLAINT
CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
NOV 08 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ______

2. Institution/city where violation occurred: KERN VALLEY STATE PRISON/DELANO CA

## B. DEFENDANTS

1. Name of first Defendant: CLEMENT OGBUEHI. The first Defendant is employed as: PHYSICIAN ASSISTANCE (Position and Title) at KERN VALLEY STATE PRISON (Institution).

2. Name of second Defendant: WAYNE ULIT. The second Defendant is employed as: MEDICAL DOCTOR (Position and Title) at KERN VALLEY STATE PRISON (Institution).

3. Name of third Defendant: ______. The third Defendant is employed as: ______ (Position and Title) at ______ (Institution).

4. Name of fourth Defendant: ______. The fourth Defendant is employed as: ______ (Position and Title) at ______ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 5. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: GERRY WILLIAMS v. J.RODRIGUEZ et al.
      2. Court and case number: 1:14-cv-02073-GSA-PC/EASTERN DISTRICT OF CALIF.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) CASE WAS APPEALED AND SETTLED AT THE NINTH CIRCUIT COURT OF APPEALS.

   b. Second prior lawsuit:
      1. Parties: GERRY WILLIAMS v. MARTIN D. BITER et al
      2. Court and case number: 1:14-cv-02076-DAD-EGP(PC)/EASTERN DISTRICT OF CALIF.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) CASE WAS DISMISSED AFTER RULING IN NINTH CIRCUIT ON RELATED CASE ON VALLEY FEVER/APPEALED

   c. Third prior lawsuit:
      1. Parties: GERRY WILLIAMS v. LIEUTENTANT ROSS et al
      2. Court and case number: C-04-2409 SI(PR)NORTHERN DISTRICT OF CALIFORNIA
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) CASE RESULTED IN SETTLEMENT.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

(CONTINUE FROM:PREVIOUS LAWSUITS ON PAGE TWO(2).
D.GERRY WILLIAMS Vs CORRECTION OFFICER RONQUILLO et al
COURT AND CASE NOMBER: 1:1-cv-874-SMS(PR) EASTERN DISTRICT OF CALIF.
RESULTS: CASE RESULTED IN A SETTLEMENT.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: EIGHTH AMENDMENT RIGHT TO ADEQUATE MEDICAL CARE; CRUEL AND UNUSUAL PUNISHMENT.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ____________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ~~(SEE GENERAL APPEGATIONS AT PAGE )~~

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   (SEE GENERAL ALLEGATIONS AT PAGE )

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____________

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: ______________________________

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ______________________________

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________________

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: ______________________

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________.

## E. REQUEST FOR RELIEF

State the relief you are seeking: (SEE REQUEST FOR RELIEF AT PAGE )

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOVEMBER 4, 2019
DATE

Gerry Williams
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

I

JURISDICTION AND VENUE

1. This is a Civil Action authorized by 42 U.S.C. §1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. This Court has jurisdiction under U.S.C. 1331 and 1343(a)(3). Plaintiff seek Declaratory Relief pursuant to 28 U.S.C. §2201 and 2202. Plaintiff's claims for Injunctive Relief are authorized by 28 U.S.C.§228 and Rule 65 of the Federal Rule of Civil Procedure.

2. The United States District Court for the Eastern District of California(Fresno District) is an appropriate venue under 28 U.S.C. §1391(b)(2) because it is where the events giving rise to these claims occurred.

3.

II

PLAINTIFF

3. Plaintiff GERRY WILLIAMS, (Plaintiff) is and at all times mentioned herein was a prisoner of the State of California in the custody of California Department of Corrections and Rehabilitation. He is currectly confined in Kern Valley State Prison (KVSP) Delano, California.

III

DEFENDANT(S)

4. Defendant Clement Ogbuehi, (Ogbuehi) is a Physician Assiatence (PA) of the California Department of Corrections and Rehabilitation, who at all times mentioned in this Complaint held the Position of PA, and is generally responsible for ensuring provision of medical care to prisoners and specifically for scheduling medical appointments outside of prison when a prisoner needs specialized treatment or evaluation. He is sued in his individual capacities.

5. Defendant **WAYNE ULIT** is a medical doctor of the Department of Corrections and Rehabilitation, who at all times mentioned in this Complaint, was responsible for ensuring provision of medical care to prisoners and specifically for the overall treatment and evaluation and diagnose of medical illnesses. Defendant Wayne Ulit was acting under the color of state law and is sued in his individual capacity.

## GENERAL ALLEGATIONS

1. On about 2010, while housed at Pleasant Valley State Prison, (PVSP) Plaintiff was diagnosed with Hepatitis C which requires interferon treatment. On April 12, 2012, Plaintiff was transferred to Kern Valley State Prison (KVSP).

2. On April 4, 2013, Plaintiff requested a medical transfer from K.V.S.P. on the fact that Plaintiff suffers from Hepatitis C (Hep-C) and should be receiving treatment for Hep-C. (See Exh."A")

3. Plaintiff was evaluated on February 11, 2013 by Doctor A Manasrah who documented on the medical progress notes that Plaintiff was Hep-C positive. (See Exh."B")

4 On October 17, Plaintiff submitted a "Health Care Service Request Form stating that he was "experiencing excruciating pain in the upper right side which he believed may be related to Hep-C causing Liver Damage or Kindey Damage. (See Exh."C")

//

5. Plaintiff was again evaluated bu RN J.German on December 2, 2013, who recorded that Plaintiff had a history of Hep-C (See Exh. "D")

6. For More than three (3) years Plaintiff complaintd to Defendant Wayne Ulit that he was constantly having excurciating pain in his upper right side, and that he believe the Hep-C was getting worse.

7. Prior to Plaintiff contracting Cirrhosis of the Liver, he asked Defendant Wayne Ulit for treatment for the Hep-C. Defendant Wayne Ulit denied the Plaintiff treatment.

8. Defendant Wayne Ulit stated that he would not give Plaintiff the treatment because the medication is very expensive and that Plaintiff had to be a certain age, (under 55 years old) before he would treat Plaintiff Hep-C condition.

9 From pass medical records authored by Dr.Manasrah, Defendant Wayne Ulit knew Plaintiff was positive for Hep-C.

10. On or about November 29, 2016, Plaintiff was evaluated by Defendant Clement Ogbuehi who reviewed Plaintiff's medical history and discovered that Plaintiff is Hep-C positive. Plaintiff explained that he has been experiencing excruciating pain in the upper right side for 4 or 5 years and has not receoved any type of treatment or medication for his condition.

//

11. Plaintiff explained to Defendant Ogbuehi that there is a new drug that could cure the Hep-C. Defendant Ogbuehi denied Plaintiff this new medication and failed to provide Plaintiff any other type of treatment, due to the expensive cost of the drug.

12. By the time Defendants Wayne Ulit and Ogbuehi decided to treat Plaintiff for Hep-C, Plaintiff had contracted cirrhosis of the liver. (See Exh. "E")

13. Based on the progress Notes Defendants had actual knowledge of Plaintiff's serious medical needs, but failed and delayed in responding reasonably to the risk of furtther substantial harm. (See Exh."B1")

14. For more than 5 years Defendants Wayne Ulit and Ogbuehi refused to treat Plaintiff's Hep-C condition even though they both knew Plaintiff suffered from positive Hep-C, and Plaintiff's pain and suffering was prolonged, subjecting Plaintiff to the wanton infliction of pain. (See Exh."B")

15. For over 4 years the Defendants failed to conduct test that Plaintiff's symptoms called for and even after receiving test results that shows that Plaintiff has cirrhosis of the liver the Defendants still failed to treat Plaintiff Hep-C condition. (See Exh."E")

16. On June 14, 2017, Plaintiff was ducated to Central Treatment Center (CTC) for an Ultrasound of his liver. The Ultrasound revealed that Plaintiff has now contracted cirrhosis of the liver. (See Exh."E")

17. On July 3, 2017, Plaintiff filed a medical appeal requesting treatment of Harvoni medication for the Hepatitis C and Cirrhosis of the Liver. (See Exh."F1 through F9") Plaintiff has beed asking for treatment for more than five years and has not received any type of treatment.

18. Plaintiff as had Hep-C now for more than 18 years and has not received any type of treatment. The Defendants stated that Plaintiff's hep-C was undetectable. (See Exh."C7") A patient whose symptoms seem quite mild one year can be in a critical situation the next year.

19. The Defendants has known since 2013, that Plaintiff has Hep-C and nothing has been done to cure the disease. (See Exh."B1 -B2")

20. Until fairly recently, the standard treatment regimen consisted of high doses of interferon, a virus-fighter produced by white blood cells in conbination with another drug, Ribavirin.

21. The drug were effective in fewer than half the cases, and could cause significant side effects, from Anemia, Hair Loss

and Flu like symptoms to Memory Loss and Liver Failure.

22. Adding a third drug to the package, Boceprevir, appeared to boost success rates somewhat, but also increased the likelihood of side effects.

23. Starting in 2013, when Plaintiff requested treatment, the release of a new generation of direct-acting antivirals, known as ADDs, offered new hope for Hep-C patients. The new drugs are tailored to combat specific genotypes of the virus, and is more effective than interferon, resulting in virual cure in more than 90% of patients.

24. Plaintiff requested this new drug Harvoni, which is a cure for Hep-C prior to contracting Cirrhosis of the Liver, and the Defendants Wayne Ulit and Ogbuehi refused to provide Plaintiff with medications to cure the hep-C due to cost, now, Plaintiff's hep-C has develpoed into cirrhosis of the liver.

25. Plaintiff's liver is heterogeneous Enchogenicity and exhibits a Nudolar surface Contour consistent with Cirrhosis. consisting of dissimilar or diverse ingredients of constitutents; mixed.

//

//

26. According to the Ultrasound of Plaintiff's liver, the image of the Transverse and Longitudinal Static of the upper Quadrant of the abdomen are suboptimal due to body habitus. (See Exh."E")

27. Doctor C.Schult, a Liver specilist, recommended dynamic enhanced abdominal CT, which was never ordered by Defendants Wayne Ulit nor Defendant Ogbuehi. (See Exh."E")

28. Plaintiff's Liver also exhibnits a (Nudolar) small mass of round irregular shape lump of a mineral or meneral aggregate, a swelling on the Leguminous Root that contains symbiotic bacteria, thus, a small abnormal knobby bodily protuberance as a tumorous growth or a calcification near the joint. (See Exh."E")

29. Plaintiff informed Defendants Ogbuehi and Wayne Ulit on several difference occasions that he was experiencing excurciating abdominal pain. dark loud smelling urine, and requested the new oral treatment:Harvoni, Sovaid, and Viekra Pak which works better than interferon and only takes 12 to 24 weeks to cure the Hep-C virus and has a 90% to 100% success rate. Plaintiff request for treatment was denied. (See Exh."F1 through F9") The Defendant were deliberate indifferent to Plaintiff's serious medical need.

//

//

CAUSE OF ACTION

DENIAL OF MEDICAL TREATMENT IN VIOLATION OF THE EIGHTH AMENDMENT IN FAILING TO TREAT PLAINTIFF'S HEPATITIC C VIRUS WHICH DELOVELPOED INTO CIRRHOSIS OF THE LIVER, CONSTITUTING DELIBERATE INDEFFERENCE TO A SERIOUS MEDICAL NEED IN VIOLATION OF THE UNITED STATES CONSTITUTION

1. Plaintiff incorporate paragraphs 1 through 29 as if fully set forth herein.

2. Plaintiff alleges that the actions of Defendants Wayne Ulit and Clement Ogbuehi in failing to provide Plaintiff with adequate medical treatment for the Hepatitis C virus caused Plaintiff to become affected with cirrhosis of the liver, which denied Plaintiff the minimal civilized measures of life necessities, and were deliberate indifferent to Plaintiff's health and is the proximate cause of Plaintiff's continued suffering.

3. Defendants Wayne Ulit and Ogbuehi's denial of treatment to plaintiff's conditions as described herein, constitute a serious medical need in that the failure to treat these conditions has resulted in further significant injuries, and the ongoing failure to treat it is likely to cause more serious injury.

4. Said injuries has included but not necessary been limited to Hepatitis C and Cirrhosis of the Liver, fever, acting joints, and severe abdominal pain. Plaintiff's medical conditions also significantly affects his activities in prison each and every day.

5. Plaintiff is informed and believes, and thereon alleges,

//

that the Defendants have acted intentionally in the manner described above and with knowledge of Plaintiff's suffering and the risk of further serious harm that could result from their actions or failure to act in providing Plaintiff adequate medical treatment causing cirrhosis of the liver.

6. The Defendants' conduct violated 42 U.S.C. §1983, because the conduct constitutes deliberate indifference to Plaintiff's Eighth Amendment Right to be free from cruel and unusual punishment.

7. As a proximate result of the Defendants' conduct, Plaintiff has suffered and continues to suffer general damages in the form of cirrhosis of the liver and hepatitic C, fever, aching joints, and severe pain and emotional distress. Plaintiff is informed and believes, and thereon alleges, that he will continue to suffer such damages in the further.

8. As a further proximate result of the Defendants' conduct, Plaintiff is informed and believes, and thereon alleges, that he will suffer special damages in the future in the form of medical expenses for treatment of his condition and loss of income.

9. In acting as described herein above, the Defendants' acted despicably, knowingly, willfully, and maliciously, or with reckless or collous disregard for Plaintiff's federal protected rights, entitling Plaintiff to an award of exemplary and punitive damages.

//

//

## CLAIM FOR RELIEF

WHEREFORE, Plaintiff request that the Court grant the following relief:

A Issue a Declaratory Judgment stating that:

1. Defendant Clement Ogbuehi and Defendant Wayne Ulit's action in failing to provide adequate medical care for the Plaintiff violated, and continues to violate the Plaintiff's right under the Eighth Amendment to the United States Constitution.

B. Issue an Injunction Ordering Defendant Clement Ogbuehi and Defendant Wayne Ulit or their agents to:

1. Immediately arrange for the Plaintiff to receive the Harvoni medication needed to cure his hepatitis C virus and Cirrhosis of the Liver.

2. Arrange for Plaintiff to be examined by a qualified specilist in Hepatitis C and Cirrhosis of the Liver.

C. Award Compensatory Damages in the following amount:
1. $2,000,000.00 against Defendant Clement Ogbuehi and Wayne Ulit individually and severally for the failure to provide Plaintiff with adequate medical treatment for his hapetitis C and Cirrhosis of the Liver.

D. Award Punitive Damages in the following amount:

1. $2,000,000.00 against Defendants Wayne Ulit and C.Ogbuehi

Award cost and fees.

Award such other and further relief as the Court deem just and proper.

Jury demand.

Dated: November 4, 2019

GERRY WILLIAMS/PLAINTIFF/IN PRO SE

Dated: June 10, 2013.

To : Martin D. Biter, K.V.S.P. Warden.

From : Inmate Gerry Williams/ D-77087 / C3-128L / K.V.S.P.

RE : Toxic Arsenic Tainted Drinking Water and Valley Fever at K.V.S.P.

Dear Warden Biter,

I am giving Notice that I am currently an inmate confined at K.V.S.P. where the drinking water is tainted with high levels of toxic arsenic, which is known to cause serious health problems to humans, including, but not limited to, cancer.

I am suffering from Asthma and Hepatitis C, and should be getting treatment for both illnesses. I should be receiving Interferon Treatment for the Hepatitis C. However, I am informed that Interferon Treatment is known to weaken the immune system. I am further informed that K.V.S.P. is located in a Valley Fever endemic area and Interferon Treatment is known to increase the risk of me contracting Valley Fever. I am also informed that the Anti-Fungal Medication used to treat Valley Fever are known to seriously damage both the kidneys and liver which would leave me in a worse condition should I contract Valley Fever while receiving Interferon Treatment.

On April 04, 2013, after several requests for a medical transfer to an institution/prison out of the Valley Fever endemic area, to safely receive Interferon Treatment for Hepatitis C, which were verbally denied, I submitted an Inmate Health Care Appeal requesting such a medical transfer to be safe from Valley Fever and Arsenic tainted drinking water.

EXHIBIT"A1"

I am an African American and I am not a resident of this area nor am I from this area, thus my risk of contracting Valley Fever are high and if I were to start receiving the Interferon Treatment my risk of contracting Valley Fever would greatly increase.

I am respectfully requesting that you, Warden Biter, as Warden at K.V.S.P., with the knowledge and power to cause a medical transfer to lessen the risk of me contracting Valley Fever, and to have safe Arsenic Free drinking water. Additionally, to use your power to have me transferred to another prison out of the Valley Fever endemic area to allow for my receiving the Interferon Treatment for Hepatitis C.

Dated: JUNE 10, 2013

Respectfully Submitted,

Gerry Williams

Gerry Williams D-77087

EXHIBIT "A2"

# Primary Care Provider Progress Note

| Patient Data: CDCR #: | d77087 | Name (Last, First, MI): | williams, gerry | DOB: | 7/31/1954 | Housing: | c3-128 |
|---|---|---|---|---|---|---|---|

| Date & Time | Age | eUHR Available | Current Med Recon Reviewed | Immunizations | HCM/Preventative | Parole Date |
|---|---|---|---|---|---|---|
| 2/11/2013 2:40:33 PM | 58 | Yes | Yes ( Pt. Adherent to Rx) | Reviewed | Reviewed | |

| Temp | Pulse | BP | RR | O2 Sat | Wt (lbs) | Ht (in) | BMI | Allergies | Peak Flow (Req Asthma) |
|---|---|---|---|---|---|---|---|---|---|
| 96.9 | 70 | 117/72 | 20 | 99% | 196 | 61 | 37.03 | NKDA | |

Reason for Visit: Chronic Care CHIEF COMPLAINT: ccp hcv, sz d/0

HTN: Chest pain? Y/N SOB? Y/N Diabetes: # of hypoglycemic reactions since last visit? ___ Seizures: # of seizures since last visit? None

Asthma: # attacks since last visit? ___ Asthma canisters in last month? ___ # TTA visits since last year? ___ # awakening w/asthma sym/week? ___ ACAT:

Warfarin- INR/Date If INR High-bleeding (gums/nose), bruising? ___ If INR Low-reason? : ___

Subjective: denies any medical complain, denies any sz activities

PMH: Problem List Reviewed | Additional Complaints? Y/N

Recent Abn Symptoms/ROS: denies

Objective: no obvious distress

Selecting "WNL" documents that all exam elements listed in the PCP Clinical decision Support dated June 11, 2009 are "within normal limits"

| | | | |
|---|---|---|---|
| General | WNL | Musculoskeletal | WNL |
| HEENT, Neck (HIV) | ___ | Neurologic | WNL |
| Cardiac | WNL | Rectal | ___ |
| Pulmonary | WNL | Skin (req-HIV/War) | WNL |
| Abdomen | WNL | Extremity | WNL |
| Genital | ___ | Foot (all diabetics) | ___ |

LAB/IMAGING RESULTS: reviewed, afp/f.lipid/haic pending | Consults:

| Diagnosis | Goal | Plan |
|---|---|---|
| 1. HCV | ___ | no hepatotoxins alt 29, ast 15, positive immunity to hep A/B |
| 2. sz d/0 | At Goal | continue with depakote |
| 3. | ___ | come back for any medical issues |
| 4. | ___ | |
| 5. | ___ | |
| 6. | ___ | |
| 7. | ___ | |
| 8. | ___ | |
| 9. | | |

**HCM/Preventative (7410/1845/128C3)** ___ ☐ Colon Ca Screen(>50) ☐ Ann Eye Exam(DM) ☐ Micro-albumin(DM-ACE/RB) ☒ Influenza (Asthma,DM,HIV,other) ☐ Pneumovax (Asthma,DM,HIV,other) ☐ Hep A vac. series ☐ Hep B vac. series ☐ Tdap ☐ UA, ☐ FLP, ☐ CBC, ☐ INR, ☐ CMP, ☐ HemA1c, ☒ AFP, ☐ Abd U/S Other:

| 1.Disability | 2.Accommodation | | 3.Effective Communication |
|---|---|---|---|
| TABE Score: ☐ <4.0 | ☐ Extra Time | ☐ SLI | ☒ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Louder ☐ Slower | ☒ Basic Simple | ☒ P/I summarized info |
| ☐ DPS ☐ DNH | ☐ Equip. | ☐ Transcribe | ☒ EC Achieved |
| ☐ DNS ☐ DPP | ☐ Other: tabe 4.7 | | *See Chrono/notes |

**Patient Education:** heart healthy diet, no hepatotoxins

☒ Meds ☒ Labs/study results ☒ Pt. verbalize understanding of A/P

☒ Diet/Exercise/Wt. mgt. ☒ Smoking/ETOH ☐

CHRONOS: 1845 ___ ; 7410 ___ ; 128C3 ___

Adv. Directive Y/N : POLST Y/N

Patient agrees with Tx plan: Yes

Next Visit: 30 days DM d ☐ 5-10d ☐ 10-25d ☐ 30-50d ☐ 60-90d ☐ 120-180d

RTN to Clinic PRN & Increased or Persistent Signs or Symptoms

| Printed Name/Title | Signature |
|---|---|
| A. Manasrah, NP | [signature] |

| | |
|---|---|
| CDCR #: | d77087 |
| Name (Last, First, MI): | williams, gerry |
| Date of Birth: | 7/31/1954 |
| Housing: | c3-128 |

EXHIBIT "B1"



Confidential Saved 2017-03-20T23:08:13Z

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PRIMARY CARE PROVIDER PROGRESS NOTE**
**CDCR 7230-M (08/09)**

02100/.

Page 1 of 1

**DATE:** 4-10-13 **TIME:** 1125 **AGE:** 58 **UHR Present:** ☑ Yes ☐ No **MAR Present:** ☑ Yes ☐ No

| Temp: | Pulse: | BP: | RR: | Ht: | Wt: | BMI: |
|---|---|---|---|---|---|---|
| 96.4 | 60 | 130/78 | 20 | 5'11 | 191 | 27 lbs |

**Chief Complaint:** Allergies: ☑ NKA Signature/Title: [illegible signature]

**SUBJECTIVE:** 30 days Recheck - requesting recheck on HCV and blood count, denies Drugs, Tatoos or alcohol NO acute medical issues

| OBJECTIVE: | | WNL* | ABN | | | | WNL* | ABN | STUDY RESULTS: |
|---|---|---|---|---|---|---|---|---|---|
| 1. | General | ☑ | ☐ | | 7. | Musculoskeletal | ☑ | ☐ | |
| 2. | HEENT/Neck | ☑ | ☐ | | 8. | Skin/Ext. | ☑ | ☐ | |
| 3. | Cardio | ☑ | ☐ | RRR | 9. | Neurological | ☑ | ☐ | |
| 4. | Pulmonary | ☑ | ☐ | CTAB | 10. | Psychiatric | ☐ | ☐ | |
| 5. | Abdomen | ☑ | ☐ | | 11. | Rectal/Prostate | ☐ | ☐ | |
| 6. | Genito-Urinary | ☐ | ☐ | | 12. | Breast/Pelvic | ☐ | ☐ | |

*Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Decision Support dated June 11, 2009 are within normal limits.

58 y.o. No obvious distress

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

HCV (+) - will check HCV viral load, D/n GT 12 months

Impaired glucose tolerance - stop Metformin - life style modifications like no added sugar, heart healthy diet and wt loss

P/I agrees with this plan HA1C 5.9 will repeat in 2 months.

**PATIENT EDUCATION:** ☑ Patient able to verbalize understanding of A/P ☑ Meds ☑ Lab/Study Results ☑ Diet ☑ Exercise ☐ Wt. Mgmt ☑ Smoking

**Self Management Goal(s):**

**Next Visit:** 60 Days

Primary Care Provider (Print Name/Title): A. Manasrah

Primary Care Provider Signature:

CDC Number, Name (Last, First, MI), Date of Birth, Institution/Housing

DT7087
Williams, Gerald
7.31.1954
C3128

1. Disability Code:
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP

2. Accommodation:
☐ Additional time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other*

3. Effective Communication:
☐ P/I asked questions
☐ P/I summed information
Please check one:
☐ Not reached* ☐ Reached
*See chrono/notes

4. Comments: 47

Confidential Saved 2017-03-20T23:08:13Z

EXHIBIT "B2"




0972596

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| GERRY WILLIAMS | D-77087 | C3-128-L |

| PATIENT SIGNATURE | DATE |
|---|---|
| Gerry Williams | OCTOBER 17, 2013 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I AM EXPERIENCING EXCRUCIATING PAIN IN MY UPPER RIGHT SIDE WHICH I ~~believe~~ believe is RELATED TO THE MEDICATION (MCLOXICAN) AND/OR HEP/C; CAUSING LIVER OR KIDNEY DAMAGE.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| | | | |
|---|---|---|---|
| **Date / Time Received:** | 10-18-13 [illegible] | **Received by:** | A. Rangel, RN |
| **Date / Time Reviewed by RN:** | | **Reviewed by:** | |

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

Allergies
Meds (Depakote) Meloxicam
Mho propranolol
Ranitidine, Terazosin

O: T: P: R: BP: WEIGHT: 184.

A:

P:

☐ See Nursing Encounter Form Musculoskeletal - non traumatic

E:

| APPOINTMENT SCHEDULED AS: No | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| | |
|---|---|
| REFERRED TO PCP: | DATE OF APPOINTMENT: |
| COMPLETED BY A. Rangel, RN | NAME OF INSTITUTION KVSP |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| A. Rangel, RN | | 10-18-13 1950 |

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Gold - Inmate

EXHIBIT "C"

T2017-05-30T23:08:13Z

California Correctional Health Care Services
Institution: WSP

**Encounter Form: Hemorrhoids**

Name: Williams Gerry CDC# D77087 DOB 7-31-54 Date/Time 12/2/13 1130

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: Hemorrhoids
Date and time of onset: appx 2 months
Describe symptoms: ☒ itching ☒ burning ☐ bleeding ☐ irritation
Pain: Location: anal
What makes the pain better: nothing
On scale of 0-10 (0 = no pain 10 = worst pain) 2/10
Prior history of: ☒ hemorrhoids ☐ constipation ☐ diarrhea ☐ GI illness (including liver disease) ☐ anal sex or instrumentation ☐ other.
Chronic illness: asthma, hep C, HTN
Allergies: NKA
Current medications: see current MAR

**OBJECTIVE:**

VS: Temp 98 Pulse 72 Resp 18 B/P 130/78
Visual inspection of anal area reveals:
☐ Trauma ☐ Rash ☐ Papules ☐ Redness
☐ Edema ☐ Skin Tags ☐ Hemorrhoids ☐ Warts
☐ Abscess ☒ Fissures ☐ Fistula ☐ Bleeding
☐ Drainage ☐ Open wounds/lesions

**ASSESSMENT:**

☒ Impaired tissue integrity evidenced by/related to hemorrhoids
☐ Pain evidenced by/related to: -

**PLAN:**

MD referral completed: (circle) (NO) / YES If yes:
☐ STAT **(moderate to severe pain, discharge, bleeding, abscess, open lesions, condylomata, evidence of trauma, or history of anal sex or instrumentation)**
☐ Urgent ☐ Routine
☐ Orders received by phone from POC.
Physician called (name / time) ____
Physician responded (time) ____

**RECTAL ITCHING/ erythema and/or mild discomfort with or without hemorrhoids or open lesions:**

☐ Sitz bath 20 min. TID PRN pain/itching while symptoms persist.
☐ Warm compresses to area QID PRN pain/itching while symptoms persist.

☒ Hydrocortisone Hemorrhoidal Cream 1%: apply to affected area no more than 3-4 times/day while symptoms persist.

**External hemorrhoids accompanied by mild bleeding with bowel movements:**

☐ Warm compress to area QID PRN while symptoms persist.
☒ Hemorrhoidal Rectal Suppository 1% PRN per rectum itching/burning/pain after each BM while symptoms persist; not to exceed 4 times/day.
☐ Sitz bath 20 min. TID while symptoms persist.
☐ Docusate Sodium 100mg 1-3 softgels PO QD x 14 days and while hemorrhoids persist.
☐ Calcium Polycarbophil 625mg PO QD x 30 days and while symptoms persist

**All other symptoms: Refer patient to a physician on a STAT, Urgent, or Routine basis as appropriate.**

**EDUCATION:**

☒ Assess patient's potential for understanding the health information to be provided.
☐ Provide patient education consistent with the assessment of the condition.
☐ Document the education provided and the patient's level of understanding on the nursing protocol encounter form.
☐ Refer patient to other resources as needed. Document all referrals on the nursing protocol encounter form.
☐ Advise the patient to resubmit a Health Care Request Form (CDC 7362) if symptoms persist.

[signature] J GERMAN RN
Signature / Title



EXHIBIT "D"

Confidential Saved 2017-03-20T23:08:13Z




Kern Valley State Prison

| | | | |
|---|---|---|---|
| Name: | GERRY WILLIAMS | Patient ID: | 11487426 |
| DOB: | 7/31/1954 | Secondary ID: | D77087 |
| Exam Name: | US ABDOMEN CMPLT \| 76770 | | |
| Age: | 63Y 1M | Exam Date: | 6/14/2017 09:14 AM |
| Primary Care Provider: | C. Ogbuehi, PA - KVSP\| | | |
| Ordering Provider: | W. Ulit, MD | | |

CLINICAL INDICATION: Other symptoms involving abdomen and pelvis\E\F\E\789.9

COMPARISON: None

FINDINGS:

Transverse and longitudinal static images of the right upper quadrant of the abdomen were obtained. Images are suboptimal due to body habitus.

Liver: The liver is heterogeneous in echogenicity and exhibits a nodular surface contour consistent with cirrhosis. No focal hepatic lesion is identified. If there is clinical concern for hepatocellular carcinoma, a dynamic enhanced abdominal CT is recommended.

Gallbladder/Biliary: The gallbladder contains no stones. No common duct images were obtained.

Pancreas: The pancreas is not visualized.

Spleen: The spleen is normal in size.

Renal: The kidneys are heterogeneous in appearance measuring approximate 9 cm. There is no hydronephrosis.

Vascular: The abdominal aorta is not visualized. The portal vein is patent.

Fluid: There is no ascites in the upper abdomen.

IMPRESSION:

1. LIMITED ABDOMINAL SONOGRAM.
2. HETEROGENEOUS LIVER WITHOUT FOCAL LESION.
3. HETEROGENEOUS KIDNEYS WITHOUT HYDRONEPHROSIS.

**Report Electronically Signed by:** C Schultz MD
**Report Electronically Signed on:** 6/15/2017 09:47 AM

EXHIBIT "E1"

**KVSP - Kern Valley State Prison**

Patient: **WILLIAMS, GERRY DEWAYNE**
DOB/Age/Sex: 7/31/1954 / 63 years / Male CDCR: D77087

## *Ambulatory Intake Forms*

| | |
|---|---|
| HTN (hypertension) (SNOMED CT :1215744012 ) | *Name of Problem:* HTN (hypertension) ; *Recorder:* Ogbuehi, Clement PA; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 1215744012 ; *Contributor System:* PowerChart ; *Last Updated:* 7/3/2017 10:01 PDT ; *Life Cycle Status:* Active ; *Responsible Provider:* Ogbuehi, Clement PA; *Vocabulary:* SNOMED CT |
| Hypertension associated with diabetes (SNOMED CT :1215744012 ) | *Name of Problem:* Hypertension associated with diabetes ; *Recorder:* Ogbuehi, Clement PA; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 1215744012 ; *Contributor System:* PowerChart ; *Last Updated:* 5/16/2017 09:49 PDT ; *Life Cycle Date:* 5/16/2017 ; *Life Cycle Status:* Active ; *Responsible Provider:* Ogbuehi, Clement PA; *Vocabulary:* SNOMED CT ; *Comments:*<br><br>3/16/2017 8:44 - Ogbuehi, Clement PA<br>Carvedilol 6.25mg bid |
| Liver cirrhosis (SNOMED CT :33568015 ) | *Name of Problem:* Liver cirrhosis ; *Recorder:* Ogbuehi, Clement PA; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 33568015 ; *Contributor System:* PowerChart ; *Last Updated:* 7/3/2017 10:00 PDT ; *Life Cycle Date:* 7/3/2017 ; *Life Cycle Status:* Active ; *Responsible Provider:* Ogbuehi, Clement PA; *Vocabulary:* SNOMED CT ; *Comments:*<br><br>7/3/2017 10:00 - Ogbuehi, Clement PA<br>EGD done 5/3/2017 - Dr. Matuk - no esopgeal varices. LiVer ULTZ done 6/14/2017 - heterogeonus liver withoucal focal mass and heterogenous kidney withoug hydronephrosis; AFP - done (per Dr. matuk) 1.8, FOBT x3 - negative 6/19/2017, lab 5/16/2017 - HCV RNA <1.18 - stable LFT |
| Thalassemia, unspecified (SNOMED CT :66816015 ) | *Name of Problem:* Thalassemia, unspecified ; *Recorder:* Ogbuehi, Clement PA; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 66816015 ; *Contributor System:* PowerChart ; *Last Updated:* 5/16/2017 09:49 PDT ; *Life Cycle Date:* 5/16/2017 ; *Life Cycle Status:* Active ; *Responsible Provider:* Ogbuehi, Clement PA; *Vocabulary:* SNOMED CT |

<u>Diagnoses(Active)</u>

| | |
|---|---|
| Aspirin long-term use | *Date:* 5/31/2017 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Aspirin long-term use ; *Classification:* |



**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

EXHIBIT "E2"



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES




**Date:** JAN 19 2018

**To:** WILLIAMS, GERRY (D77087)
Kern Valley State Prison
PO Box 3130
Delano, CA 93216

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :** KVSP HC 17038681

This appeal was reviewed by Health Care Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

**DIRECTOR'S LEVEL DECISION:**

Appeal is denied. This decision exhausts your administrative remedies.

**APPEAL REQUESTS:**

You are requesting treatment for liver cirrhosis/hepatitis C with the medication Harvoni.

**BASIS FOR DIRECTOR'S LEVEL DECISION:**

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:

Subsequent to your initial health car appeal submittal, the guidelines for treatment of Hepatitis C virus infected patients have been revised. As such, your medical condition will continue to be monitored with care provided as determined medically indicated, in accordance with the California Correctional Health Care Services Care Guide: Hepatitis C (December 2017).

The guidelines for treatment of Hepatitis C virus infected patients are outlined in in the California Correctional Health Care Guide: Hepatitis C (December 2017) that can be found in your institution's law library.

While the health care appeals process is an administrative means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

**RULES AND REGULATIONS:**

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**

No changes or modifications are required by the institution.

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services



EXHIBIT "F2"



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Institution Response for First Level HC Appeal**

**Date:** 8/29/2017

**To:** WILLIAMS, GERRY (D77087)
C 002 1107001LP
Kern Valley State Prison
PO Box 3130
Delano, CA 93216

**Tracking/Log #:** KVSP HC 17038681

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 8/8/2017, you indicated:

| | Issue Type | Action Requested |
|---|---|---|
| **Issue 1:** | Chronic Care ( Cirrhosis ) | REQUESTING MEDICATION, HARVONI, FOR THE TREATMENT OF LIVER CIRRHOSIS/HEPATITIS C - **DENIED** |

**Interview:**
You were interviewed by J. Sao, Physician & Surgeon on 08/28/17 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:**

The First Level Appeal, received on 8/8/2017 indicated: refer to attached pink 602 HC/ Health Care Appeal and green 602-A attachment for full details regarding your issue(s).

The response stated you were examined by J. Sao, Physician & Surgeon on 08/28/17. This examination is documented on an Outpatient Progress Note dated 08/28/17. This document states you requested medication, Harvoni, for the treatment of liver cirrhosis/Hepatitis C. A review of your Electronic Health Record (EHR) and related documents was completed. Primary Care Provider Notes dated 07/03/17 showed an EGD was conducted on 05/03/17 and showed no varices, a liver ultrasound done on 06/14/17 showed no focal masses, and Primary Care Provider Notes dated 08/16/17 indicated your viral load are undetectable. Therefore, your appeal is denied at the first level as there are no clinical indications to warrant the use of Harvoni, at this time. Your medical condition will continue to be monitored with care provided as determined medically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

At the First Level of Review this appeal was denied.

Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is denied.

RECEIVED
HCCAB
OCT 1 0 2017

EXHIBIT "F3"

J. Sao,
Physician & Surgeon
Kern Valley State Prison

RECEIVED
HCCAB
OCT 10 2017

EXHIBIT "F4"



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



**Institution Response for Second Level HC Appeal**

**Date:** 9/14/2017

**To:** WILLIAMS, GERRY (D77087)
C 002 1107001LP
Kern Valley State Prison
PO Box 3130
Delano, CA 93216

RECEIVED
HCCAB
OCT 1 0 2017

**Tracking/Log #:** KVSP HC 17038681

**Appeal Issues:**
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 9/7/2017, you indicated:

| | Issue Type | Action Requested |
|---|---|---|
| **Issue 1:** | Chronic Care ( Cirrhosis ) | REQUESTING MEDICATION, HARVONI, FOR THE TREATMENT OF LIVER CIRRHOSIS/HEPATITIS C - **DENIED** |

**Interview:**
You were interviewed by J. Sao, Physician & Surgeon on 08/28/17 regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s).

**Response:**

The First Level Appeal, received on 8/8/2017 indicated: refer to attached pink 602 HC/ Health Care Appeal and green 602-A attachment for full details regarding your issue(s).

The response stated you were examined by J. Sao, Physician & Surgeon on 08/28/17. This examination is documented on an Outpatient Progress Note dated 08/28/17. This document states you requested medication, Harvoni, for the treatment of liver cirrhosis/Hepatitis C. A review of your Electronic Health Record (EHR) and related documents was completed. Primary Care Provider Notes dated 07/03/17 showed an EGD was conducted on 05/03/17 and showed no varices, a liver ultrasound done on 06/14/17 showed no focal masses, and Primary Care Provider Notes dated 08/16/17 indicated your viral load are undetectable. Therefore, your appeal is denied at the first level as there are no clinical indications to warrant the use of Harvoni, at this time. Your medical condition will continue to be monitored with care provided as determined medically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

At the First Level of Review this appeal was denied.

The Second Level Appeal, received on 9/7/2017 indicated you were dissatisfied with the first level response.

The response stated your Electronic Health Record (EHR) was reviewed by M. Spaeth, Chief Physician & Surgeon. A review of your appeal and related documents was completed. Your request for medication, Harvoni, for the treatment of liver Cirrhosis/Hepatitis C is denied as there are no clinical indications to warrant the use of Harvoni. Records show a Primary Care Provider Note dated 07/03/17 which indicates an EGD was conducted on 05/03/17 and showed no varices, a liver ultrasound was done on 06/14/17 and showed no focal masses, and a Primary Care Provider Note dated 08/16/17 indicates your viral load are undetectab mate Medical

EXHIBIT "F5"

Services Policies and Procedures, Volume 4, Chapter 31.2, Hepatitis C Management Procedures, "As outlined in the CCHCS Care Guide: Hepatitis C, determination of eligibility for treatment is based on the patient-inmate's HCV genotype, extent of disease (stage of fibrosis on biopsy, when indicated), overall health status, custody factors (such as time remaining to serve), and other factors which contribute to success or failure of treatment. Treatment inclusion and exclusion criteria are outlined in the CCHCS Care Guide: Hepatitis C." Should you have further medical issues or concerns you are encouraged to submit a CDCR 7362, Health Care Services Request form to clinical staff.

At the Second Level of Review this appeal was denied.

Your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:**
Based upon the aforementioned information, your appeal is denied.

**K. Brown,**
Chief Executive Officer
Kern Valley State Prison

RECEIVED
HCCAB
OCT 10 2017

EXHIBIT "F6"

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11) — Side 1

| STAFF USE ONLY | Institution: | Log #: | Category: |
|---|---|---|---|
| Emergency Appeal ☐ Yes ☐ No | KVSP HC | 17038681 | |
| Signature: Date: | FOR STAFF USE ONLY | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| WILLIAMS,G | D-77087 | C2-107-L | Unassinged |

**State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):**
DENIAL OF ADEQUATE MEDICAL CARE FOR LIVER CONDICTION

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):**
Please take notice that on June 14, 2017, Subject was ducated to CTC Medical Center for an ultrasound of his Liver. (See 602 A)

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** Subject is requesting medication to treat the cirrosis of the liver, a life threatening medical condition. I AM REQUESTING A PRESCRIPTION OF HARVONI MEDICATION FOR HEPATITIS-C

Received AUG 08 2017 KVSP HC APPEALS

Completed AUG 31 2017 KVSP HC APPEALS

SEP 07 2017 KVSP HC APPEALS

Completed SEP 26 2017 KVSP HC APPEALS

☐ **Supporting Documents: Refer to CCR 3084.3.**

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason :

**Patient/Inmate Signature:** [signature] **Date Submitted:** 7-3-2017

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) : Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☐ Accepted at the First Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

RECEIVED HCCAB OCT 10 2017

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

COMPLETED HCCAB JAN 19 2018

Reviewer: ______ (Print Name) Title: ______ Signature: ______

HCAC Use Only

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE APPEAL**

Side 2

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

DISSATISFIED:As stated at the First Level, Dr.Obguehi specifically told me that I have Cirrhosis of the Liver based on the liver ultrasound done on June 14, 2017, which did show focal masses. I have been having untreated Hepatitis C now for more than 20 years but Dr. Ulit indicated on August 16, 2017 that its undetectable. A patient whose symptoms seems quite mild one year can be in a critical situation the next year. Prison official should give top priority for treatment of prisoners whose tests indicates liver scarring. The process that desides who actually gets treatment for Hep-C is Ambiguous, objectively(See 602 -A for continuation)

**Patient/Inmate Signature:** [signature] **Date Submitted:** 9-3-17

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: ________ Date: ________ Date: ________ Date: ________

☐ Cancelled (See attached letter): Date: ________

☐ Accepted at the Second Level of Review

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by HCAC: ________

HCAC Use Only

Date mailed/delivered to appellant: ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A. DISSATISFIED:Subject should receive Harvoni for treatment of the liver cirrhosis because subject's liver is heterogeneous echogenicity and exhibits a nudolar surface contour consistent with cirrhosis. (Heterogeneous) constiting of dissimlar or diverse ingredients of constitutents:MIXED. The images of the transverse and longitud-inal static of the upper quadrant of the abdomen are suboptimal due to (See 602-A)

**Patient/Inmate Signature:** ________ **Date Submitted:** September 29, 2017

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ________ Date: ________ Date: ________ Date: ________

☐ Cancelled (See attached letter): Date: ________

☐ Accepted at the Third Level of Review

Your appeal is ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: ________

See attached Third Level response.

Third Level Use Only

Date mailed/delivered to appellant: ___/___/___

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

**Patient/Inmate Signature:** ________ **Date Submitted:** ________

Print Staff Name: ________ **Title:** ________ Signature: ________ Date: ________

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**
**CDCR 602 HC (REV. 6/13)**

Page 1 of 2

**STAFF USE ONLY**
Emergency Appeal ☐ Yes ☐ No
Signature: Date:
Institution: KVSP HC
Log #: 17038681
Category:
FOR STAFF USE ONLY

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| WILLIAMS GERRY | D77087 | C2-107 | |

**State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):**

**SECTION A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):**

**SECTION B. Action requested (If you need more space, use Section B of the CDCR 602-A):**

Attached

☐ **Supporting Documents: Refer to CCR 3084.3.**
List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason :

**Patient-Inmate Signature:** **Date Submitted:**

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**SECTION C. FIRST LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached? ☒ Yes ☐ No
Check One: Is this a recatergorized/converted 1824? ☐ Yes ☒ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction): Date: Date: Date: Date:
☐ Cancelled (See attached letter): Date:
☒ Accepted Assigned to: J. SAO Title: MD Date Assigned: 8/10/17 Date Due: 9/19/17

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 8/28/17 Interview Location: 7A

Your appeal issue is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other:
See attached letter. If dissatisfied with First Level response, complete Section D.

1. Disability Code:
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP
☒ Not Applicable

2. Accommodation:
☐ Additional time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other*

3. Effective Communication:
☐ P/I asked questions
☐ P/I summed information
Please check one:
☐ Not reached* ☐ Reached
*See chrono/notes

4. Comments: 7A02 6-2

Interview conducted? ☒ Yes ☐ No
Interviewer: JEFF SAO (Print Name) Title: PCP
Signature: [signature] Date completed: 8/28/17
Reviewer: (Print Name) Title:
Signature: [signature] Dr. M. Spaeth, M.D. Chief Physician & Surgeon

HCAC Use Only
Date received by HCAC: 8/8/17

HCAC Use Only
Date closed and mailed/delivered to appellant: 8/31/17

RECEIVED AUG 08 2017
Completed
Received
Completed
RECEIVED

 7038681

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT-INMATE HEALTH CARE APPEAL**

**CDCR 602 HC (Rev. 06/13)**

WILLIAMS D77087 Page 2 of 2

**SECTION D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

— See Attached —

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

**SECTION E. SECOND LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached? ☒ Yes ☐ No

Check One: Is this a recatergorized/converted 1824? ☐ Yes ☒ No

This appeal has been:

☐ Bypassed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

☒ Accepted Assigned to: M. SPAETH Title: CP+S Date Assigned: 9/7/17 Date Due: 10/18/17

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F.

1. Disability Code:
☐ TABE score ≤ 4.0
☐ DPH ☐ DPV ☐ LD
☐ DPS ☐ DNH
☐ DNS ☐ DDP
☐ Not Applicable

2. Accommodation:
☐ Additional time
☐ Equipment ☐ SLI
☐ Louder ☐ Slower
☐ Basic ☐ Transcribe
☐ Other*

3. Effective Communication:
☐ P/I asked questions
☐ P/I summed information
**Please check one:**
☐ Not reached* ☐ Reached
*See chrono/notes

4.Comments: ______

Interview conducted? ☐ Yes ☒ No

Interviewer: ______ (Print Name) Title: ______

Signature: ______ Date completed: ______

Reviewer: S Dupont (Print Name) Title: CEOA

Signature: [signature]

HCAC Use Only
Date received by HCAC: 9/7/17

HCAC Use Only
Date closed and mailed/delivered to appellant: 9/26/17

**SECTION F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

**SECTION G. THIRD LEVEL - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______ Date: ______ Date: ______

☐ Cancelled (See attached letter): Date: ______

B ☒ Accepted at the Third Level of Review

Your appeal is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: ______

See attached Third Level response.

Third Level Use Only
Date closed and mailed/delivered to appellant: JAN 1 9 2018

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

**Patient-Inmate Signature:** ______ **Date Submitted:** ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

JAN 19 2018

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY | Institution/Parole Region: KVSP HC | Log #: 17038651 | Category:

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| WILLIAMS, G | D-77087 | C2-107-L | UNASSIGNED |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :**

On July 3, 2017, Subject was ducated to the Facility C clinic to be evaluated by his PCP, Dr. Ogbuehi who informed Subject that the Ultra-sound revealed that Subject has"cirrosis of the liver". Subject has been requesting treatment for his Hepatitis C condition for more than five (5) years now and no treatment has been given. To deny Subject treatment for his Hepatitis C condition which has resulted in cirrosis of the liver is a failure to provide adequate medical treatment which constitutes deliberate indifference to Subject's serious medical need in violation of the eighth Amentment to the United States Constitution.

Received AUG 08 2017 KVSP HC APPEALS

Completed AUG 31 2017 KVSP HC APPEALS

Received SEP 07 2017 KVSP HC APPEALS

Completed SEP 26 2017 KVSP HC APPEALS

**Inmate/Parolee Signature:** Gerry Williams **Date Submitted:** 7-3-2017

**B. Continuation of CDCR 602, Section B only (Action requested):**

RECEIVED HCCAB OCT 10 2017

COMPLETED HCCAB JAN 19 2018

EXHIBIT 'F9'

Inmate/Parolee Signature: Date Submi

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

unreasonable. Prison officials are supposed to treat all health conditions to the community standard. The medical staff at every institution Centinella, Calipatria, Salinas Valley and here at Kern Valley know that Subject has Hep-C, but has refused to treat this diseas. I have requested treatment from medical staff here at KVSP since 2012, from Dr. Manasrah, Dr. Ulit, Dr. Obguiehi, and now Dr. Sao and each of them has denied me treatment to cure the Hep-C virus. The hep-C virus has become chronic slowly causing progressive liver damage, including fibrosis and cirrhosis(mild and more serious scarring of the liver) abdominal pain, grey-colored stool, dark loud smelling urine, and jaundice in which the skin turn yellowish. Other than Interferon Injections which cause severe side effects, the new oral treatment:Harvoni, Sovaldi, and Viekira Pak work better which takes only 12 to 24 weeks to cure the Hep-C Virus and has a 95% to 100% success rate. Medical experts, The American Association for the study of the Liver Disease, and Infectious Disease Society of America recommended that everyone with active hep-C can benefit from treatment with the new drug mentioned above.

**Inmate/Parolee Signature:** Gerry Williams **Date Submitted:** 9-3-2017

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

body habitus. A build and constitution as related to the predisposition to the disease Dr.Matuk recommended dynamic enhanced adommnal CT. The liver also exhibits a (Nodular) small mass of round or irregular shap lump of a mineral or mineral aggregate, a swelling on the leguminous root that contains symbiotic bacreria, thus, a small abmonal knobby bodily protuberance as a tumorous growth or a calcification near the joint. Cirrhosis is a widespread disruption of nomal liver structure by fibrosis and the formation of regenerative nudoles that is caused by any of various chronic progressive conditions affecting the liver (As long term alcohol abuse of hepatitis) Subject has requested treatment for hepatitis C since 2012 to date. To deny Subject this treatment amounts to cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution. Subject is requesting Harvoni treatment before his liver become untreatable.

**Inmate/Parolee Signature:** **Date Submitted:** 9-29-2017

PROOF OF SERVICE BY MAIL

I, GERRY WILLIAMS, declare that I am a resident of Kern Valley State Prison, over the age of 18 years, a citizen of the United states and a party to the within action. My address is P.O. Box 5103, Delano, CA 93216.

I served the attached: 42 U.S.C.§1983 CIVIL RIGHTS COMPLAINT, by placing a true and correct copy thereof in a sealed envelope with postage fully pre-paid in the United States mail addressed to the following:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
2500 TULARE STREET, ROOM 1501
FRESNO, CALIFORNIA 93721- 2201

I GERRY WILLIAMS, declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 4TH day of November, 2019, at Kern Valley State Prison, P.O. Box 5103, Delano, CA 93216.

Gerry Williams

DECLARANT