UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00855-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE CASE<br><br>(DOC. NOS. 12 & 16) |

　　　　Gerry Williams ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff's first amended complaint alleges a single claim of failure to provide adequate medical care and cruel and unusual punishment under the Eighth Amendment.  (*See* Doc. No. 12.)  Plaintiff contends that prison medical staff ignored his complaints of suffering severe pain related to his Hepatitis C diagnosis and failed to provide him adequate diagnostics and treatment (including failure to provide Harvoni, a relatively new drug during the time of events in question), which failure allowed his Hepatitis C to progress to cirrhosis of the liver.  (*Id*.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 3, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[p]laintiff's First Amended Complaint be dismissed for failure to state a claim," and that "[t]he Clerk of Court be directed to close the case." (Doc. No. 16 at 9.)  The magistrate judge found that in plaintiff's first amended complaint he had alleged facts merely

rising to the level of a disagreement over the appropriate medical treatment, rather than deliberate indifference to plaintiff's serious medical needs. (*Id*. at 8.) The magistrate judge's findings included consideration of plaintiff's incorporated exhibits. (*Id*.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on April 24, 2020. (Doc. No. 17.) In those objections, plaintiff reasserts that he was receiving no treatment for his Hepatitis C condition and that he believes he should have been receiving treatment, due to the pain he was experiencing and the eventual advancement of his condition to cirrhosis. (*Id*.) Plaintiff's objections reflect the same deficiency as noted by the pending findings and recommendations with respect to his complaint, especially when viewed in conjunction with his incorporated exhibits.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued on April 3, 2020, are ADOPTED IN FULL;
2. Plaintiff's First Amended Complaint is dismissed for failure to state a claim;
3. The Clerk of Court is directed to assign a district judge to this case for purposes of closing the case; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 28, 2021**__                  _____
                                                UNITED STATES DISTRICT JUDGE