GERRY WILLIAMS/D-77087/C4-129
CALIFORNIA STATE PRISON-LAC
P.O. BOX 8457,
LANCASTER, CA 93539-8457



FILED

APR 14 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERRY WILLIAMS;  ) CASE No. 1:19-CV-00855-DAD-EPG
    Plaintiff/Appellant,  )
  ) Notice of Appeal
  )
Vs.  )
  )
CLEMENT OGBUEHI, et al.,  )
    Defendants/Appellees  )

Notice is hereby given that Gerry Williams, Plaintiff in the above-entitled matter, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on March 28, 2021.

Date: APRIL 4th,_____,2021

_____
GERRY WILLIAMS/PLAINTIFF/IN PRO SE

1. I, GERRY WILLIAMS, declare that I am a resident of Kern Valley State
2. Prison, over the age of 18 years, a citizen of the United States,
3. and a party to the within action. My address is P.O. Box 5103,
4. Delano, California 93216.

7. I served tha attached: **NOTICE OF APPEAL**

9. by placing a true and correct copy thereof in a sealed envelope with
10. postage fully pre-paid in the United State mail addressed to the
11. following:

    Office Of The Attorney General
    Department Of Justice
    P.O. Box 944255,
    Sacramento, CA 94244-2550

15. I, GERRY WILLIAMS, declare under the penalty of perjury that the fore-
16. going is true and correct.
17. Executed on this __4TH__ day of __APRIL__, 2021 at Lancaster,
18. California 93539-8457.

*Gerry Williams*
DECLARANT