1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

9

10 | GERRY WILLIAMS, | Case No. 1:19-cv-00855-JLT-EPG (PC)

11 | Plaintiff, | ORDER GRANTING DEFENDANTS'
                  REQUEST TO OPT OUT OF AN EARLY
12 | v. | SETTLEMENT CONFERENCE

13 | CLEMENT OGBUEHI, et al., | (ECF No. 39)

14 | Defendants.

15

16      This matter has been referred for an early settlement conference.  (ECF No. 32).  On April

17 25, 2022, Defendants filed a request to opt out of the settlement conference.  (ECF No. 39).

18 According to Defendants, "Defense counsel has conducted a preliminary investigation, and has

19 spoken with Williams and her supervisor.  Based on this investigation, Defendants in good faith

20 find that a settlement conference would be a waste of resources at this stage, and respectfully

21 request to opt out of the early settlement conference in this case."  (Id. at 1).  Defendants also ask

22 the Court to issue a scheduling and discovery order.  (Id. at 2).

23      The Court will grant Defendants' request to opt out of an early settlement conference.[1]   A

24 settlement conference may be scheduled at a later date, if appropriate.

25      Accordingly, it is ORDERED that Defendants' request to opt out of an early settlement

26 conference (ECF No. 39) is GRANTED.

27

28

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 32), Defendants did not need to file a request to opt out of the early settlement conference.  Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.

As to Defendants' request that the Court issue a scheduling order, the Court will issue a scheduling order in due course.

IT IS SO ORDERED.

Dated:   **April 26, 2022**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE