UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>             Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>ORDER GIVING THE WARDEN OF CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND DEFENDANTS OPPORTUNITY TO RESPOND TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF (ECF NO. 49)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER AND THE MOTION (ECF NO. 49) ON THE WARDEN OF CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY |

Gerry Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is proceeding against defendants Ogbuehi and Ulit based on allegations that Plaintiff's Hepatitis C "went untreated despite his reports of excruciating pain," and that "he received no treatment for his pain associated with Hepatitis C and cirrhosis."  (ECF No. 24, p. 2).

On August 8, 2022, Plaintiff filed a motion for injunctive relief, asking to be transferred to a different institution.  (ECF No. 49).  In his motion, Plaintiff alleges that he was recently transferred to California Substance Abuse Treatment Facility, where defendant Ogbuehi works.  On July 7, 2022, he went to a medical appointment to review the status of his Hepatitis C and cirrhosis of the liver.  Defendant Ogbuehi was the physician, and he asked Plaintiff about his

case. Defendant Ogbuehi also made a phone call to his attorney and the Chief Medical Officer, who told defendant Ogbuehi it would be a conflict of interest for him and Plaintiff to be around each other. As a result, Plaintiff discussed his medical conditions with a registered nurse instead. Plaintiff further alleges that he is not receiving adequate medical care for his Hepatitis C and cirrhosis of the liver at California Substance Abuse Treatment Facility. Finally, Plaintiff attaches a Classification Committee Chrono which appears to find that Plaintiff is "High Risk Medical" and should be transferred to another institution. (ECF No. 49, p. 7).

Given the allegations and attachments to Plaintiff's motion, the Court will provide the Warden of California Substance Abuse Treatment Facility and/or Defendants with an opportunity to file a response within twenty-one days.

Accordingly, IT IS ORDERED that:

1. Within twenty-one (21) days from the date of service of this order, the Warden of California Substance Abuse Treatment Facility and/or Defendants may file a response to Plaintiff's motion (ECF No. 49); and
2. The Clerk of Court is directed to serve the Warden of California Substance Abuse Treatment Facility with a copy of this order and Plaintiff's motion (ECF No. 49).

IT IS SO ORDERED.

Dated:   **August 10, 2022**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE