UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED THE COURT ORDERED FIFTEEN INTERROGATORIES DUE TO THE COMPLEXITY OF THE ISSUES IN THIS CASE<br><br>(ECF No. 55) |

Gerry Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is proceeding against defendants Ogbuehi and Ulit based on allegations that Plaintiff's Hepatitis C "went untreated despite his reports of excruciating pain," and that "he received no treatment for his pain associated with Hepatitis C and cirrhosis." (ECF No. 24, p. 2).

On June 17, 2022, the Court issued a scheduling order. (ECF No. 47). Among other things, the Court ordered that "[a] party may serve on any other party no more than 15 interrogatories, 15 requests for production of documents, and 15 requests for admission. If a party wishes to serve additional discovery requests, that party may file a motion for additional discovery requests with the Court, explaining why additional discovery requests are necessary." (Id. at 3).

On September 1, 2022, Plaintiff filed a motion to exceed the Court ordered fifteen

1

interrogatories due to the complexity of the issues in this case.  (ECF No. 55).  Plaintiff asks that he be allowed to serve a total of 25 interrogatories on Defendants (Plaintiff has already served 4 interrogatories on Defendants, and he wants to serve 21 more).  Plaintiff asks for the additional interrogatories due to the complexity of this case and the issues related to Hepatitis C and cirrhosis of the liver.

The Court finds good cause to grant Plaintiff's motion.

Accordingly, IT IS ORDERED that Plaintiff may serve on each other party a total of 25 interrogatories.

IT IS SO ORDERED.

Dated:   **September 5, 2022**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE