UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Docs. 49 & 59) |

　　　　Plaintiff filed a motion for injunctive relief, asking to be transferred to a different institution. (Doc. 49.) The assigned magistrate judge made findings and recommended "that Plaintiff's motion for injunctive relief ([Doc.] 49) be DENIED." (Doc. 59 at 3.) Plaintiff objected (Doc. 60). The Defendants did not object.

　　　　According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

　　　　1. The findings and recommendations issued by the magistrate judge on September 7, 2022, (Doc. 59), are **ADOPTED IN FULL.**

　　　　2. Plaintiff's motion for injunctive relief (Doc. 49) is **DENIED**.

IT IS SO ORDERED.

　　Dated: __October 4, 2022__　　　　　　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE