ROB BONTA, State Bar No. 202668
Attorney General of California
CHAD A. STEGEMAN, State Bar No. 225745
Supervising Deputy Attorney General
C. HAY-MIE CHO, State Bar No. 282259
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4433
 Fax:  (415) 703-5843
 E-mail:  HayMie.Cho@doj.ca.gov
*Attorneys for Defendants C. Ogbuehi and W. Ulit*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GERRY WILLIAMS,**<br><br>                            Plaintiff,<br><br>v.<br><br>**C. OGBUEHI, et al.,**<br><br>                            Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>**REPORT ON THE PARTIES' POSITIONS REGARDING A SETTLEMENT CONFERENCE**<br><br>Judge:       The Hon. Erica P. Grosjean<br>Trial Date:  Not Set<br>Action Filed:  June 19, 2019 |

As requested by this Court, Defendants submit this report on the parties' respective positions regarding a settlement conference in this matter. (Scheduling Order at 6:7-10, ECF No. 47.)

In accordance with the Scheduling Order, defense counsel met and conferred with Plaintiff Gerry Williams by telephone regarding a possible settlement conference. Williams provided a settlement demand, and defense counsel sought Williams's thoughts on settlement. Based on Williams's statements and defense counsel's current assessment of the case, Defendants Physician Assistant C. Ogbuehi and Dr. W. Ulit do not believe that a settlement conference with the Court would be productive.

Dated:  December 15, 2022                    Respectfully submitted,

ROB BONTA
Attorney General of California
CHAD A. STEGEMAN
Supervising Deputy Attorney General


*/s/ C. Hay-Mie Cho*
C. HAY-MIE CHO
Deputy Attorney General
*Attorneys for Defendants C. Ogbuehi and W. Ulit*

SA2022300418
43509832.docx

# CERTIFICATE OF SERVICE

Case Name: *Gerry Williams (D-77087) v. Ogbuehi, et al.*   No. **1:19-cv-00855-JLT-EPG (PC)**

I hereby certify that on December 15, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPORT ON THE PARTIES' POSITIONS REGARDING A SETTLEMENT CONFERENCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 15, 2022, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Gerry Williams, D-77087**
**RJ Donovan Correctional Facility**
**480 Alta Road**
**San Diego, CA 92179**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 15, 2022, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SA2022300418
43510146.docx