UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>           Plaintiff,<br><br>     v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION TO ALTER DISCOVERY ORDER DUE TO CLERICAL MISTAKE OR OVERSIGHT<br><br>(ECF No. 71) |

      Gerry Williams ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On February 21, 2023, Plaintiff filed a motion pursuant to Federal Rule of Civil Procedure 60(a), asking the Court to alter its discovery order due to a clerical mistake. Plaintiff asserts that the Court set the motion to compel deadline seven months prior to the non-expert discovery deadline. Plaintiff believes that the Court meant to set the non-expert discovery deadline prior to the motion to compel deadline. Plaintiff alleges that due to the clerical mistakes regarding these deadlines, Defendants provided inadequate responses to his discovery requests, and he only recently filed a request for admissions based on Defendants' inadequate responses to his interrogatories. Plaintiff appears to ask the Court to extend the non-expert discovery cutoff and the motion to compel deadline to May 14, 2023.

      On February 23, 2023, Defendants filed a notice of non-opposition, stating that while they do not admit their responses to Plaintiff's discovery requests are inadequate, they do not

oppose Plaintiff's motion to extend the non-expert discovery cutoff and the motion to compel deadline to May 14, 2023.

The Court did not make a clerical error in the scheduling order. It did intend the motion to compel deadline to run before the deadline for non-expert discovery, in order to allow sufficient time to produce discovery if a motion to compel is granted.

Nevertheless, the Court will modify the non-expert discovery deadline and the motion to compel deadline. As the Court is modifying these deadlines, the Court will also modify the dispositive motion deadline.

Accordingly, IT IS ORDERED that:

1. The deadline for the completion of all non-expert discovery is May 14, 2023;[1]
2. The parties have until May 14, 2023, to file motion(s) to compel further discovery responses. The motion(s) should include a copy of the request(s) and any response to the request(s) at issue;
3. The deadline for filing dispositive motions, including motions for summary judgment (other than dispositive motions based on the defense of failure to exhaust administrative remedies), is July 14, 2023; and
4. All unmodified requirements in the Court's June 17, 2022 scheduling order (ECF No. 47) remain in effect.

IT IS SO ORDERED.

Dated:  **February 23, 2023**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may, however, compel further discovery responses after this deadline.

2