UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION RE: REVISED MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 77) |

Plaintiff Gerry Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The dispositive motion deadline was July 14, 2023, and both parties have filed dispositive motions. (ECF Nos. 74, 76). Now before the Court is Plaintiff's motion for leave to supplement his motion for summary judgment to provide additional argument as to Defendants Wayne Ulit and C. Ogbuehi. (ECF No. 77).

Upon review, the Court will grant the motion. However, Plaintiff is advised that, rather than supplementing his pending motion for summary judgment (ECF No. 76), he must file a revised motion for summary judgment that is complete in itself and without reference to his earlier motion and attachments.

Accordingly, IT IS ORDERED that:

1. By no later than September 6, 2023, Plaintiff is permitted to file a revised motion for summary judgment that is complete in itself and does not incorporate

by reference Plaintiff's prior motion for summary judgment or attachments.[1]

**Any revised motion shall not exceed 25 pages, excluding attachments**.

2. If Plaintiff fails to file a revised motion for summary judgment by September 6, 2023, the case will proceed on Plaintiff's pending motion for summary judgment. (ECF No. 76).

3. Defendants shall file a response—either to Plaintiff's revised motion for summary judgment or his pending motion for summary judgment (if no revised motion is filed)—by no later than September 27, 2023.

IT IS SO ORDERED.

Dated:   **August 7, 2023**          /s/ Eric P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff files a revised motion for summary judgment, the Court will only consider that revised motion and exhibits, and will not review or reference the earlier filed motion for summary judgment.