UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>CLEMENT OGBUEHI, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00855-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REVISED MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 84) |

Plaintiff Gerry Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 7, 2023, the Court granted Plaintiff permission to file a revised motion for summary judgment, which was due by no later than September 6, 2023. (ECF No. 79). However, Plaintiff failed to file a revised motion by this date.

Now before the Court is Plaintiff's motion for extension of time to file a revise motion for summary judgment. (ECF No. 84). As grounds, Plaintiff states that he was placed in administrative segregation on August 30, 2023, for possession of a screwdriver and all of his legal documents were confiscated pending committee review. He requests a 45-day extension to file his revised motion for summary judgment. Upon review, the Court will grant the motion.

Accordingly, IT IS ORDERED that:

1. By no later than November 3, 2023, Plaintiff is permitted to file a revised motion for summary judgment that is complete in itself and does not incorporate

1

by reference Plaintiff's prior motion for summary judgment or attachments.[1]

**Any revised motion shall not exceed 25 pages, excluding attachments**.

2. If Plaintiff fails to file a revised motion for summary judgment by this date, the case will proceed on Plaintiff's pending motion for summary judgment. (ECF No. 76).

3. Defendants shall file a response—either to Plaintiff's revised motion for summary judgment or his pending motion for summary judgment (if no revised motion is filed)—by no later than December 1, 2023.

IT IS SO ORDERED.

Dated:   **September 19, 2023**         /s/ Eric P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff files a revised motion for summary judgment, the Court will only consider that revised motion and exhibits and will not review or reference the earlier filed motion for summary judgment.